**Archer Aviation, Inc. (ACHR)**                                                                 **Ken Cenderelli**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/11/2023 | 2,500 | $7.3000 |
| Purchase | 8/11/2023 | 1,000 | $7.2699 |
| Sale | 8/15/2023 | (2,000) | $6.2200 |